**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Contract Managed Services, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3945011** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7825 National Turnpike**<br>**Louisville, KY 40214**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Jefferson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Contract Managed Services, LLC**                                    Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

Debtor  **Contract Managed Services, LLC**                                    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Contract Managed Services, LLC**                                    Case number (*if known*) _____
             Name

☐ $50,001 - $100,000                    ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                   ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor   **Contract Managed Services, LLC**                                   Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2025**
              MM / DD / YYYY

X **/s/ Gary Allan Milby**                                    **Gary Allan Milby**
Signature of authorized representative of debtor              Printed name

Title   **Owner & CEO**

---

**18. Signature of attorney**

X **/s/ Charity S. Bird**                          Date   **June 14, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone   **(502) 540-8285**        Email address   **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Contract Managed Services, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2025**     X **/s/ Gary Allan Milby**
                                     Signature of individual signing on behalf of debtor

                                       **Gary Allan Milby**
                                       Printed name

                                       **Owner & CEO**
                                       Position or relationship to debtor

## RESOLUTION OF THE SOLE MEMBER OF
## CONTRACT MANAGED SERVICES, LLC

### June 11, 2025

The undersigned, being the sole member of **CONTRACT MANAGED SERVICES, LLC** (the "Company"), hereby adopts the following recitals and resolutions.

**WHEREAS**, the Member has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Member has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Gary A. Milby, as Member of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Gary A. Milby, as Member of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Milby may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

**IN WITNESS WHEREOF**, the sole member has executed this Resolution on the date first written above.

Gary A. Milby, Sole Member

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Contract Managed Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Aero Rubber Company, Inc. 8100 West 185 St. Tinley Park, IL 60487** | | | | | | **$8,800.00** |
| **American Casting & Mfg. 51 Comercial Street Plainview, NY 11803** | | | | | | **$1,536.95** |
| **Box Partners, LLC 2650 Galvin Dr Elgin, IL 60124** | | | | | | **$921.09** |
| **Chesser & Co., CPA 13070 Middletown Ind Blvd S. 101 Louisville, KY 40223** | | **Accounting services** | | | | **$6,140.00** |
| **Citi Bank, N.A. 3800 Citigroup Center Dr. Tampa, FL 33610** | | **Best Buy credit card** | | | | **$3,040.67** |
| **Commonwealth Propane Exchange 105 Yates Lane Pendleton, KY 40055** | | | | | | **$1,509.18** |
| **General Data Company 4354 Ferguson Dr Cincinnati, OH 45245** | | | | | | **$1,446.53** |
| **Gotta Go Waste & Recycling 3000 Shadow Lake Dr PO Box 279 Charlestown, IN 47111** | | | | | | **$5,845.00** |

| Debtor | **Contract Managed Services, LLC** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Gray Ice Higdon, PLLC 3939 Shelbyville Rd Suite 201 Louisville, KY 40207** | | **Legal services** | | | | **$6,000.00** |
| **Labor Solutions, LLC 3941 Taylorsville Rd Louisville, KY 40220** | | **Promissory note** | | | | **$259,914.50** |
| **Lion Industrial Properties, LP 1717 McKinney Avenue Ste. 1900 Dallas, TX 75202** | | | | | | **$63,235.15** |
| **LIT Industrial Limited Partnership c/o Clarion Partners 2323 Victory Avenue, Suite 1500 Dallas, TX 75219** | | **Past due rent in 5th Amendment to Lease** | **Contingent Disputed** | | | **$1,199,898.07** |
| **LIT Industrial Limited Partnership 2323 Victory Avenue, Suite 1500 Dallas, TX 75219** | | **Rent** | | | | **$5,000.00** |
| **Louisville Underground 1841 Taylor Ave Louisville, KY 40213** | | **Rent** | | | | **$21,454.59** |
| **M&M Cartage Co., Inc. 6220 Geil Ln Louisville, KY 40219** | | | | | | **$966.24** |
| **MSM Solutions 2677 Mount Moriah Terrace Memphis, TN 38115** | | | | | | **$3,005.00** |
| **Sealed Air Packaging Systems, Inc. 10175 Philipp Pkwy. Streetsboro, OH 44241** | | | | | | **$3,848.40** |
| **The Royal Group Louisville P.O. Box 208 Seymour, IN 47274** | | | | | | **$20,030.55** |

Debtor **Contract Managed Services, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203** | | **All tangible and intangible property that is not (i) goods covered by a certificate of title, (ii) fixtures, or (iii) timber to be cut** | | $1,360,900.00 | $500,000.00 | $1,160,900.00 |
| **UPS 55 Glenlake Parkway Atlanta, GA 30328** | | | | | | $6,486.97 |

**United States Bankruptcy Court**
**Western District of Kentucky**

In re   **Contract Managed Services, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 14, 2025**

**/s/ Gary Allan Milby**
**Gary Allan Milby**/**Owner & CEO**
Signer/Title

## RESOLUTION OF THE SOLE MEMBER OF
## CONTRACT MANAGED SERVICES, LLC

### June 11, 2025

The undersigned, being the sole member of **CONTRACT MANAGED SERVICES, LLC** (the "Company"), hereby adopts the following recitals and resolutions.

**WHEREAS**, the Member has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Member has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Gary A. Milby, as Member of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Gary A. Milby, as Member of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Milby may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

**IN WITNESS WHEREOF**, the sole member has executed this Resolution on the date first written above.

Gary A. Milby, Sole Member

Aero Rubber Company, Inc.
8100 West 185 St.
Tinley Park, IL 60487

Alleguard
3050 Barry Dr
Portland, TN 37148

American Casting & Mfg.
51 Comercial Street
Plainview, NY 11803

Box Partners, LLC
2650 Galvin Dr
Elgin, IL 60124

Byline Finance Group
2801 Lakeside Drive
212
Deerfield, IL 60015

Chesser & Co., CPA
13070 Middletown Ind Blvd
S. 101
Louisville, KY 40223

Chrysler Capital
Attn: Bankruptcy Dept.
P.O. Box 961278
Fort Worth, TX 76161

Citi Bank, N.A.
3800 Citigroup Center Dr.
Tampa, FL 33610

Commonwealth Propane Exchange
105 Yates Lane
Pendleton, KY 40055

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Betty Disney
4211 Kurtz Avenue
Louisville, KY 40229

Fifth Third Bank, NA
401 S. 4th Avenue
Louisville, KY 40202

General Data Company
4354 Ferguson Dr
Cincinnati, OH 45245

Gotta Go Waste & Recycling
3000 Shadow Lake Dr
PO Box 279
Charlestown, IN 47111

Gray Ice Higdon, PLLC
3939 Shelbyville Rd
Suite 201
Louisville, KY 40207

Huntington National Bank
5555 Cleveland Ave (GW1C01)
Columbus, OH 43231

Hyundai Motor Finance
Attn: Bankruptcy Dept.
P.O. Box 20809
Fountain Valley, CA 92728

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kentucky Department of Revenue
Legal Support Branch - Bankruptcy
PO Box 5222
Frankfort, KY 40602

Kessler Collins PC
Attn: Tony Barbieri
500 N Akard St., Suite 3700
Dallas, TX 75201

Labor Solutions, LLC
3941 Taylorsville Rd
Louisville, KY 40220

Lease Direct
PO Box 6980
Wayne, PA 19087

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Lion Industrial Properties, LP
1717 McKinney Avenue
Ste. 1900
Dallas, TX 75202

LIT Industrial Limited Partnership
c/o Clarion Partners
2323 Victory Avenue, Suite 1500
Dallas, TX 75219

Louisville Metro Revenue Commission
Attn: Legal Division
PO Box 32060
Louisville, KY 40232-2060

Louisville Underground
1841 Taylor Ave
Louisville, KY 40213

M&M Cartage Co., Inc.
6220 Geil Ln
Louisville, KY 40219

Rocky Milby
4211 Kurtz Avenue
Louisville, KY 40229

MSM Solutions
2677 Mount Moriah Terrace
Memphis, TN 38115

Sealed Air Packaging Systems, Inc.
10175 Philipp Pkwy.
Streetsboro, OH 44241

Seiller Waterman LLC
Attn: D. Ryan McCray
462 S. Fourth St., Suite 2200
Louisville, KY 40202

Stellantis Financial Services, Inc.
Attn: Bankruptcy Dept.
3065 Akers Mill Rd SE
Suite 700
Atlanta, GA 30339

Subaru Motors Finance
700 Kansas Lane
Monroe, LA 71203

The Royal Group Louisville
P.O. Box 208
Seymour, IN 47274

U.S. Attorney
717 W Broadway
Louisville, KY 40202

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

UPS
55 Glenlake Parkway
Atlanta, GA 30328

```
Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Des Moines, IA 50309
```

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Contract Managed Services, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Contract Managed Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 14, 2025**

Date

**/s/ Charity S. Bird**

**Charity S. Bird**

Signature of Attorney or Litigant

Counsel for   **Contract Managed Services, LLC**

**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**